22382

Russell PATTERSON, Respondent, v. SPECTER BROADCASTING CORPORATION, Appellant.

(335 S. E. (2d) 803)

Supreme Court

Submitted Oct. 7, 1985.

Decided Oct. 14, 1985.

*William B. Harvey, III* of *Harvey & Battey*, Beaufort, *for appellant.*

*H. Fred Kuhn, Jr.* of *Moss, Bailey & Dore*, Beaufort, *for respondent.*

*Per Curiam:*

This appeal is from an order compelling discovery which is interlocutory and not directly appealable. *Lowndes Products, Inc. v. Brower*, 262 S. C. 431, 205 S. E. (2d) 184 (1974). Accordingly, this case is dismissed without prejudice.